E-FILED
Monday, 12 December, 2022 02:41:13 PM
Clerk, U.S. District Court, ILCD

FILE IN:
HARI v FBOP
1:22-1240-SEM-KLM

Emily C. Hari Reg ~~2~~2401-026
USP Hazelton PO Box 2000
Bruceton Mills WV 26525

FILED
DEC 12 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Dec. 5, 2022

US DISTRICT COURT
201 S Vine
Urbana IL 6180[illegible]

Re: Request to Unseal Sealed Exhibits

Dear Judge Myerscough:

I had requested filing under seal for some evidentiary exhibits, but now that are difficult to access and I can't even tell when they're filed so I don't know if they ever got there or not.

Please unseal all evidentiary exhibits.

Sincerely
Emily C. Hari
Plaintiff